IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MALCOLM SMITH,<br><br>　　Plaintiff,<br><br>　　v.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION,<br><br>　　Defendant. | CIVIL ACTION NO.<br>1:24-cv-01821-TRJ-JSA |

### ORDER

On August 25, 2025, the parties filed a Joint Notice of Settlement and Request to Administratively Close This Case or Stay This Action, notifying the Court that they have settled this case and intend to file a motion to approve the FLSA settlement upon execution of the settlement agreements. (Doc. 35). The parties note that after finalizing the settlement agreements, Plaintiff stopped communicating with his counsel, and it is unclear whether he is incapacitated at this time. (*Id.* at 1). The parties request that the Court administratively close this case to allow the parties sufficient time to contact Plaintiff, execute the settlement agreements, and file an associated motion to approve the FLSA settlement or a voluntary dismissal.

Accordingly, the Clerk is **DIRECTED** to **ADMINISTRATIVELY CLOSE** this case for docket management purposes. The parties are **ORDERED** to file a joint status report by **October 9, 2025**, advising the Court of the status of their efforts to contact Plaintiff and execute the settlement agreements. Administrative closure will not prejudice the rights of the parties in any manner. If finalization of the settlement

2

fails, the parties may file a motion to reopen this action, request enforcement of the settlement, or vacate this order. The Clerk is **DIRECTED** to submit this matter to the Court on **October 10, 2025**, if the parties have not filed a joint status report.

SO ORDERED, this 25th day of August, 2025.

_____
TIFFANY R. JOHNSON
United States District Judge